## W.L. GORE & ASSOCIATES, INC., Plaintiff–Appellant,

v.

## MEDTRONIC, INC., Medtronic USA, Inc., and Medtronic Vascular, Inc., Defendants–Appellees.

No. 2012–1538.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2013.

Ahmed J. Davis, Fish & Richardson, P.C., of WA, DC, argued for plaintiff-appellant. With him on the brief were Juanita R. Brooks, of San Diego, CA, and Susan M. Coletti, of Wilmington, DA.

James J. Elacqua, Skadden Arps, of Palo Alto, CA, argued for defendants-appellees. With him on the brief were Karen D. McDaniel and Rachel C. Hughey, Merchant & Gould P.C., of Minneapolis, MN; and Ryan J. Fletcher of Denver, CO.

RADER, Chief Judge, NEWMAN, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**